UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-69-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STANLEY JOHNSON | ORDER TO SEAL |

On motion of the Defendant, Stanley Johnson, and for good cause shown, it is hereby

ORDERED that the **[DE 29]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __3__ day of August, 2012.

　　　　　　　　　　　　　　　　/s/ Louise W. Flanagan
　　　　　　　　　　　　　　　　LOUISE W. FLANAGAN
　　　　　　　　　　　　　　　　United States District Judge